821 A.2d 86

**Faye JEFFERS et al.**

v.

**DEPARTMENT OF NATURAL RESOURCES.**

**No. 104, Sept. Term, 2002.**

Court of Appeals of Maryland.

April 8, 2003.

Eugene M. Brennan, Jr., of Severn, for petitioners.

Marianne D. Mason, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General of Maryland, on brief), Annapolis, for respondent.

Argued before BELL, C.J., and ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL, and BATTAGLIA, JJ.

**ORDER**

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above-captioned case, it is this 8th day of April, 2003,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it

is hereby, dismissed, with costs, the petition having been improvidently granted.